UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of September, two thousand and fifteen,

Merrimack Mutual Fire Insurance
Company a/s/o Michael Subklew
v.
Watkins Manufacturing Company

**STIPULATION**
Docket Number: 15-1833

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without costs or attorneys' fees and pursuant to Local Rule 42.1. Appellant may reinstate the case by filing written notice with the Clerk, and serving such notice upon the undersigned appellee, by 10/22/2015. The time tolled under LR 31.2 if any, begins to run again from the date of appellant's reinstatement notice to the Clerk.

If not timely reinstated, the appeal shall be mandated pursuant to FRAP 41.

Date: 09/22/2015

_____
Attorney for Appellant

Stuart G. Blackburn
Blackburn & O'Hara, LLC
Print Name and Firm

Date: 09/22/2015

_____
Attorney for Appellee

Alexis Theriault
Conn, Kavanaugh, Peisch & Ford, LLP
Print Name and Firm