UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of September, two thousand and fifteen,

_____

| | |
|---|---|
| Merrimack Mutual Fire Ins Co, as subrogee of Michael Subklew, | **ORDER** <br> Docket No. 15-1833 |

   Plaintiff - Appellant,

v.

Watkins Manufacturing Company,

   Defendant - Appellee,

JJD, Incorporated, DBA Gregorio Pools, AKA Gregorio Pools, Spas and Skis,

   Defendant.

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

              For The Court:

              Catherine O'Hagan Wolfe,
              Clerk of Court

